## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JANE DOE, | ) | 3:15-cv-00128-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 14, 2015 |
| | ) | |
| ISAAC C. ONSUREZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's Motion to Proceed Anonymously (ECF No. 2) and Plaintiff's Motion for Leave to File Police Report Under Seal (ECF No. 4).  No responses have been filed by the Defendant.

In view of the sensitive nature of Plaintiff's action, and to protect the identity of the victim of an alleged sexual assault, the court finds Plaintiff's motions have satisfied both the "good cause" and "compelling reasons" standards of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Plaintiff's motion to proceed anonymously (ECF No. 2) and the protective order submitted as ECF No. 2-1, are **GRANTED**.  Plaintiff's motion (ECF No. 4) to seal Exhibit A submitted with Plaintiff's motion to proceed anonymously is **GRANTED.**  Exhibit A (Police Report) lodged as ECF No. 3, is **SEALED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk