UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JANE DOE, an individual,

          Plaintiff,

vs.

ISAAC C. ONSUREZ, an individual.

          Defendant.

CASE NO:   3:15-cv-00128-LRH-WGC

**PROTECTIVE ORDER**

THE COURT HEREBY ORDERS Defendant and his agents, servants, employees, and attorneys, and any persons in active concert or participation with Defendant, to not publicly reveal the identity of Plaintiff in connection with the above-captioned action, including to any member of the media.

THE COURT FURTHER ORDERS the following documents and information to be filed under seal in accordance with U.S. District Court of Nevada Local Rule 10-5(b)-(c):

(1) All documents and information containing Plaintiff's true name, whether set out in full or by abbreviation in any form, including where stated as Plaintiff's first name and the first initial of her last name;

(2) All documents and information that contain the names of Plaintiff's family members who have the same last name as Plaintiff;

(3) All documents and information that reveal Plaintiff's date of birth, social security number, financial, and medical information.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

THE COURT FURTHER ODRERS that all information disclosing or tending to disclose Plaintiff's identity indirectly—such as the names of her relatives (other than Defendant ONSUREZ), her home address, her phone number, her e-mail address, the name of her employer, the name of her school, and the names of her close friends—may be redacted from any documents filed or produced in this action prior to their filing or production, without regard to whether the document is filed under seal or not.

**IT IS SO ORDERED**

Dated this  14th  day of       September             , 2015.

By: /s/ William G. Cobb
United States Magistrate Judge

2